# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

═══════════════════
## NO. 03-04-00701-CV
═══════════════════

**Texas Department of Public Safety, Appellant**

**v.**

**Randall Dacey, Appellee**

═══════════════════════════════════════════════════════════════
**FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
NO. C2004-0332B, HONORABLE JACK H. ROBISON, JUDGE PRESIDING**
═══════════════════════════════════════════════════════════════

## M E M O R A N D U M   O P I N I O N

Appellant Texas Department of Transportation filed a motion to dismiss this appeal.

Accordingly, we grant the motion to dismiss this appeal.  *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed on Appellant's Motion

Filed:   January 18, 2005